UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Steven Paul Tvedt,

        Debtor.                                    BKY 15-43824

----------------------------------

Minnesota Department of Employment      ADV 15-4203
and Economic Development,

        Plaintiff,

v.                                     **JUDGMENT**

Stephen Paul Tvedt,

        Defendant.

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Kathleen H. Sanberg, United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged: The defendant's debt to the plaintiff totaling $6,534.20 is excepted from the defendant's discharge.

Dated: January 6, 2016                Lori A. Vosejpka
At: Minneapolis, Minnesota        Clerk of Bankruptcy Court

                                            /e/ Lynn M. Hennen
                          By: _____
                                    Lynn M. Hennen
                                    Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 01/06/2016
Lori Vosejpka, Clerk, by LH